**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JASON SCHMAUS,** | ) | NO. CV 09-1635-DDP(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| **ROBERT HOREL, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: May 21, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE